**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6819**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

EDUARDO MARTINEZ-BAUTISTA,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:05-cr-00503-RLW-1)

Submitted:  November 17, 2010      Decided:  December 9, 2010

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eduardo Martinez-Bautista, Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia; Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduardo Martinez-Bautista appeals the district court's order denying his motion seeking consent for a stipulated deportation order. We have reviewed the record and Martinez-Bautista's claims, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Martinez-Bautista, No. 3:05-cr-00503-RLW-1 (E.D. Va. May 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED